*The commissions of trustees in the* PIRNIE *Estate.*

THE act of 1866, gives full commissions to a trustee upon each
accounting.

THE SURROGATE. Edward De Witt, trustee under the
last will and testament of Margaret W. Pirnie, deceased, for
several *cestui que trusts* therein named, presents his ac-
counts as trustee, and asks for their settlement, and raises
a question as to the commissions to which he is entitled.

There can be no question that the act of 1866 (*vol.* 1,
*Session Laws, p.* 234), amending the Revised Statutes,
gives full commissions to a trustee upon each accounting.
Its language is clear and positive:

" On all such accountings, the Surrogate shall allow to
the trustee, or trustees, the same compensation for his
services, by way of commissions, as are allowed by law to
executors' and administrators."

The obvious meaning is, that on each accounting execu-
tors' commissions are to be allowed, and no discretion in
this respect is left to the Surrogate. The language used
is compulsory. The Surrogate " shall allow."

I must conclude, that if a trustee settles his accounts
annually before the Surrogate, he is entitled to full com-
missions under this act upon each accounting.